CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 10 2007

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERIC DONNEL WHITE,<br>    Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:06cv00606 <br><br> **FINAL ORDER** |
| v. | ) <br> ) | |
| UNITED STATES OF AMERICA,<br>    Respondent. | ) <br> ) | By: Samuel G. Wilson <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that White's § 2255 motion is **DENIED**; Respondent's motion to dismiss is **DISMISSED as MOOT**; and this action is **STRICKEN** from the active docket of the court.

White is advised that he may appeal the denial of his motion pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 10th day of July, 2007.

_____
United States District Judge